| | | |
|---|---|---|
| AUSA: | J. Michael Buckley | Telephone: (313) 269-4706 |
| Special Agent: | Kyle McGraw | Telephone: (313) 268-0449 |

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
)   Case No.   1:22-mc-51205 -1
A Deoxyribonucleic Acid (DNA) sample for Cortiyah )   Judge: Ludington, Thomas L.
Deanthony-Geno MOORE. )   Filed: 07-21-2022
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Eastern   District of   Michigan   .
*(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See ATTACHMENT B.

I hereby certify that the foregoing is a certified copy of the original on file in this office.
**Clerk, U.S. District Court**
**Eastern District of Michigan**
By: *s/ Kristen Castaneda*
     Deputy

**YOU ARE COMMANDED** to execute this warrant on or before   August 4, 2022   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   the presiding United States Magistrate Judge on duty   .
                                                                                                                *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   July 21, 2022   11:07 am              *[Judge's signature]*
                                                                                        *Judge's signature*

City and state:   Bay City, Michigan              Patricia T. Morris,   U. S. Magistrate Judge
                                                                             *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 774040-21-0152 | Date and time warrant executed: 7/22/22 10:00 | Copy of warrant and inventory left with: — |
| Inventory made in the presence of: SA McGraw | | |

Inventory of the property taken and name of any person(s) seized:

DNA swab from Cortyah Moore @ Roscommon Jail

KM

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/22/22

_Executing officer's signature_

Kyle McGraw   ATF
_Printed name and title_

## **ATTACHMENT A**



**Cortiyah Deanthony-Geno Moore**
D.O.B.:  February 26, 2001
Black male
Approximately 5'04", 130 lbs.
Black hair, Brown eyes

## ATTACHMENT B

DNA sample from **Cortiyah Deanthony-Geno MOORE,** in the form of buccal cells on oral swabs.  The oral swabs will be collected from the inside cheek portion of the mouth and lip to sufficiently collect buccal cells pursuant to the standard practices and procedures employed by the ATF for DNA testing.